# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

TEXAS BRINE COMPANY, LLC

VERSUS

CLERK OF COURT FOR THE
PARISH OF ASSUMPTION, IN HER
OFFICIAL CAPACITY AS THE
RECORDER OF CONVEYANCE
RECORDS FOR ASSUMPTION
PARISH, AND OCCIDENTAL
CHEMICAL CORPORATION

NO.   2020 CW 1030

**JANUARY 19, 2021**

---

In Re:   Texas Brine Company, LLC, applying for supervisory
writs, 23rd Judicial District Court, Parish of
Assumption, No. 36243.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.**

> JMM
> GH
> AHP

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT